910

No. 523, Misc. HALL v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Leon B. Polsky* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Ronald L. Gainer* for the United States.

No. 533, Misc. CLARK v. ILLINOIS. C. A. 7th Cir. Certiorari denied.

No. 541, Misc. BROWN v. BROUGH, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 546, Misc. GOLDEN v. UNITED STATES. Ct. Cl. Certiorari denied. *Carl L. Shipley* and *Thomas A. Ziebarth* for petitioner. *Solicitor General Marshall* for the United States.

No. 549, Misc. MITCHELL v. FLORIDA. C. A. 5th Cir. Certiorari denied.

No. 558, Misc. GOODMAN v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Marshall* for the United States.

No. 568, Misc. BUFFINGTON v. MARTIN, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 572, Misc. MOUNTJOY v. MOUNTJOY. C. A. D. C. Cir. Certiorari denied. *Isadore B. Katz* for petitioner. *Charles C. Collins* for respondent.

No. 623, Misc. JOHNSON v. EVENING STAR NEWSPAPER CO. ET AL. C. A. D. C. Cir. Certiorari denied. *Ira M. Lowe* for petitioner.